UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN -3 P 2: 17

SIGN_____
BY DEPUTY CLERK

BOBBY JONES (#359474)

VERSUS

DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS, ET AL

CIVIL ACTION NO.: 08-250-JVP-DLD

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 15, 2008 (doc. 4). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' claims shall be **DISMISSED** as frivolous within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 3, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA